```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 12608
   JOLYNN MCCRAY
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3855


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/16/2008 and was not confirmed.

     The case was dismissed without confirmation 09/29/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
 NORTH SIDE COMMUNITY FED  CURRENT MORTG        .00              .00            .00
 NORTH SIDE COMMUNITY FED  CURRENT MORTG        .00              .00            .00
 TOYOTA MOTOR CREDIT       SECURED VEHIC        .00              .00            .00
 WASHINGTON MUTUAL         CURRENT MORTG        .00              .00            .00
 WASHINGTON MUTUAL         MORTGAGE ARRE        .00              .00            .00
 BRIDGEVIEW BANK GROUP     SECURED          1368.56              .00        1368.56
 CAPITAL ONE               UNSECURED       NOT FILED             .00            .00
 CHASE                     UNSECURED       NOT FILED             .00            .00
 LVNV FUNDING              UNSECURED          3563.03            .00            .00
 CITY OF CHICAGO PARKING   UNSECURED       NOT FILED             .00            .00
 FAMILY DENTAL             UNSECURED       NOT FILED             .00            .00
 DEVON FINANCIAL SERVICE   UNSECURED       NOT FILED             .00            .00
 LLNH NGUYEN               UNSECURED       NOT FILED             .00            .00
 EDUCATIONL FINANCIAL      UNSECURED       NOT FILED             .00            .00
 EDUCATION FIN SVC         UNSECURED       NOT FILED             .00            .00
 EDUCATION FIN SVC         UNSECURED       NOT FILED             .00            .00
 EDUCATION FIN SVC         UNSECURED       NOT FILED             .00            .00
 EDUCATION FIN SVC         UNSECURED       NOT FILED             .00            .00
 HAUSELMAN & RAPPIN        UNSECURED       NOT FILED             .00            .00
 ISAC                      UNSECURED       NOT FILED             .00            .00
 ISAC                      UNSECURED       NOT FILED             .00            .00
 ISAC                      UNSECURED       NOT FILED             .00            .00
 ISAC                      UNSECURED       NOT FILED             .00            .00
 MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED             .00            .00
 MIDLAND CREDIT MANAGEMEN  UNSECURED          2760.98            .00            .00
 NORTHSIDE COMMUNITY FEDE  UNSECURED       NOT FILED             .00            .00
 NORTHSIDE COMMUNITY FEDE  UNSECURED       NOT FILED             .00            .00
 NORTHSIDE COMMUNITY FEDE  UNSECURED       NOT FILED             .00            .00
 NORTHSIDE COMMUNITY FEDE  UNSECURED       NOT FILED             .00            .00
 NORTHSIDE COMMUNITY FEDE  UNSECURED       NOT FILED             .00            .00
 NORTHSIDE COMMUNITY FEDE  UNSECURED       NOT FILED             .00            .00
 PEOPLES GAS LIGHT & COKE  UNSECURED          2743.69            .00            .00
 PRESIDIO/CM               UNSECURED       NOT FILED             .00            .00
 WELLS FARGO FINANCE       UNSECURED       NOT FILED             .00            .00
 NORTH SIDE COMMUNITY FED  MORTGAGE ARRE     2200.00             .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12608 JOLYNN MCCRAY
```

```
PAYDAY LOAN               UNSECURED      NOT FILED             .00            .00
BRIDGEVIEW BANK GROUP     NOTICE ONLY    NOT FILED             .00            .00
BRIDGEVIEW BANK GROUP     SECURED NOT I        .00             .00            .00
NICOLE G LAWSON           DEBTOR ATTY     2,474.00                         243.54
TOM VAUGHN                TRUSTEE                                          137.90
DEBTOR REFUND             REFUND                                              .00
```

        Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
    ------------------------------------------------------------------------
    TRUSTEE              1,750.00

    PRIORITY                                      .00
    SECURED                                  1,368.56
    UNSECURED                                     .00
    ADMINISTRATIVE                             243.54
    TRUSTEE COMPENSATION                       137.90
    DEBTOR REFUND                                 .00
                       ---------------    ---------------
    TOTALS               1,750.00             1,750.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/22/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                        PAGE   2
         CASE NO. 08 B 12608 JOLYNN MCCRAY